JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* WALTER A. CAMP ET AL.

JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* ST. JOSEPH'S HOSPITAL ET AL.

The plaintiff's "Motion For Permission To Appeal Before This Court" in the appeals from the Superior Court in Fairfield County at Stamford is granted to the extent that Alfred S. Julien of the New York bar is permitted to participate in the writing of the briefs on the appeals in these cases provided that the briefs are signed and presented to this court by Connecticut counsel who assume full responsibility for their contents. The remainder of the motion is denied.

*Marshall S. Feingold,* in support of the motion.

Submitted May 30—decided June 11, 1974

KEITH M. BREWER ET AL. *v.* ZONING COMMISSION OF BRISTOL ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Stephen J. Anderson,* in support of the petition.

*Kenneth J. Laska* and *Paul Hanrahan,* in opposition.